RECEIVED
IN MONROE, LA.

MAY 1 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARNOLD B. CURTIS<br>LA. DOC #327401 | CIVIL ACTION NO. 3:11-cv-1882 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record, and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

MONROE, LOUISIANA, this 9 day of May, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE