RECEIVED
IN MONROE, LA.

MAY 1 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

ARNOLD B. CURTIS                    CIVIL ACTION NO. 3:11-cv-1882
        LA. DOC #327401

VERSUS                              SECTION P

                                    JUDGE ROBERT G. JAMES

WARDEN JOHNNY SUMLIN                MAGISTRATE JUDGE KAREN L. HAYES

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering

the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a

substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this _____ 10 _____ day of _____ May _____, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT  JUDGE